IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH ANN ESTEP,  )  |   |
|   )  Plaintiff,   ) |   |
|   ) | |
|   v.   ) | Civil Action No. 06-1442 (EGS) |
|   ) | |
| UNITED STATES GOVERNMENT   ) ACCOUNTABILITY OFFICE, et al.  ) |   |
|   ) Defendants.  ) |   |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or respond to the complaint up to and including November 20, 2006.[1]

The Office of General Counsel is undergoing a reorganization. The agency counsel who originally handled this case has been reassigned. This additional time will permit new counsel to familiarize himself with the file and to take the necessary steps to obtain Department of Justice representation and substitution of the United States for the individually sued defendant.

Counsel for the plaintiff consents to this request.

---

[1] Undersigned counsel are authorized to represent the individually sued defendant Lal Chand Bhalla solely for the purpose of obtaining an enlargement of time to respond to this action. The defendants do not hereby waive any defense or defenses available under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Wherefore, it is respectfully requested that the defendants have up to and including November 20, 2006 to answer the complaint.

        Respectfully submitted,

        __/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        __/s/_____
        DIANE M. SULLIVAN, D. C. BAR # 12765
        Assistant United States Attorney
        Judiciary Center Building
        555 Fourth Street, N.W.
        Room E4919
        Washington, D.C. 20530
        (202) 514-7205