IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH ANN ESTEP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1442 (EGS) |
| ) | |
| UNITED STATES GOVERNMENT ) | |
| ACCOUNTABILITY OFFICE, et al. ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, 1998, hereby certify that I have read the complaint in Ruth Ann Estep v. United States Government Accountability Office, et al., Civil Action No. 06-1442 (D.C. D.C.), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Lal Chand Bhalla was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

November 16, 2006

                                                          __/s/_____
                                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                          Assistant United States Attorney
                                                          Chief, Civil Division