IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
RUTH ANN ESTEP                  )
                                )
            Plaintiff,          )
                                )
    v.                          ) Civil Action No. 06-1442 (EGS)
                                )
UNITED STATES GOVERNMENT        )
ACCOUNTABILITY OFFICE, et al.   )
                                )
            Defendants.         )
                                )
_____)
```

## MOTION TO REFER THE CASE TO MEDIATION

The parties mutually agree to refer the case to a Magistrate Judge for mediation before discovery begins. The parties are hopeful that the case can be resolved without further litigation.

Respectfully Submitted,

____/s/_____    ____/s/_____
ALAN J. LANDER                   JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar # 973604                United States Attorney
Paul Klein & Associates
1900 L Street, NW
Suite 505
Washington, DC 20036
Phone:(202) 466-3111             _____/s/_____
                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
Attorney for the Plaintiff       Assistant United States Attorney


                                 _____/s/_____
                                 DIANE M. SULLIVAN, D.C. Bar #12765
                                 Assistant United States Attorney
                                 555 4TH St., N.W.,
                                 Room E4919
                                 Washington, D.C.  20530
                                 (202) 514-7205

                                 Attorneys for the Defendant