**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
RUTH ANN ESTEP                )
                              )
              Plaintiff,      )
                              )
     v.                       ) Civil Action No. 06-1442 (EGS)
                              )
UNITED STATES GOVERNMENT      )
ACCOUNTABILITY OFFICE, et al. )
                              )
              Defendants.     )
                              )
_____)
```

**<u>ORDER</u>**

Upon consideration of the parties' motion to refer the case to mediation, it is this _____ day of February, 2007 hereby

ORDERED, that the case is referred to Magistrate Judge _____for mediation.


_____
UNITED STATES DISTRICT COURT JUDGE