UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH ANN ESTEP** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. 06-1442 |
| | )                (EGS/JMF) |
| v. | ) |
| | ) |
| **UNITED STATES OF AMERICA,** *et. al.*, | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**JOINT MOTION TO EXTEND TIME**

COMES NOW the plaintiff Ruth Ann Estep, by and through her attorney, Alan J. Lander, and the defendant, United States of America, by and through its attorney Diane M. Sullivan, and move that the Court grant an addition 21 days for the parties to file a Joint Status Report, stating in support the following:

1. Plaintiff's counsel was on medical leave from July 3, 2007 to July 19, 2007, and then on limited time until August 6, 2007. This delayed the settlement negotiations.

2. Plaintiff's counsel in order to resolve this matter must include in the negotiation other parties (specifically medical providers). The primary provider is, according to his office, out of the area on a joint vacation/medical seminar, and will not be returning until August 15, 2007. His cooperation is essential in order to settle this matter.

3. Based on the settlement discussions the parties have had, both counsel are optimistic that the parties are near a resolution of this matter.

4. Within 21 days, all the individuals who need to be involved in the negotiations will be contacted, and the parties can report to the Court the exact status of the case.

Counsel, on behalf of the plaintiff and defendant, requests that this Honorable Court grant an additional 21 days for the parties to file a status report pursuant to the Courts July 25, 2007 Order.

                         Respectfully Submitted,

                         _____/s/_____
                         Alan J. Lander, Bar #973604
                         1900 L Street NW
                         Suite 505
                         Washington DC 20036
                         (202) 466-3111


                         _____ /s/_____
                         Diane m. Sullivan, Bar #12765
                         Assistant United States Attorney
                         555 4 St., N.W.,TH
                         Room E4919
                         Washington, D.C.  20530
                         (202) 514-7205