UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH ANN ESTEP** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 06-1442 |
| ) | (EGS/JMF) |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** *et. al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## STATUS REPORT OF THE PARTIES

COMES NOW the plaintiff Ruth Ann Estep, by and through her attorney, Alan J. Lander, and the defendant, United States of America, by and through its attorney Diane M. Sullivan, and advise the Court that the parties have reached a tentative settlement of the above captioned matter, subject to final administrative approval.

Respectfully Submitted,


_____/s/_____
Alan J. Lander, Bar #973604
1900 L Street NW
Suite 505
Washington DC 20036
(202) 466-3111



_____ /s/_____
Diane M. Sullivan, Bar #12765
Assistant United States Attorney
555 4 St., N.W.,TH
Room E4919
Washington, D.C.  20530
(202) 514-7205