IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH ANN ESTEP<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT<br>ACCOUNTABILITY OFFICE, et al.<br><br>      Defendants. | Civil Action No. 06-1442 (EGS) |

**JOINT STATUS REPORT**

The parties have resolved the case. All that remains is obtaining the necessary signatures on the settlement agreement.

*[signature]*
ALAN J. LANDER
D.C. Bar # 973604
1900 l. Street, N.W.
Suite 505
Washington, D.C. 20019
(202) 466-3111

Attorney for Plaintiff

Respectfully Submitted,

*[signature]*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

*[signature]*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

*[signature]*
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

Attorneys for Defendant