**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RUTH ANN ESTEP,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES GOVERNMENT  )<br>ACCOUNTABILITY OFFICE, *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 06-1442 (EGS) |

## ORDER

Upon consideration of the representations of counsel in their Joint Status Report that a settlement has been reached between the parties, it is hereby

**ORDERED** that the parties shall file their stipulation of dismissal by no later than **October 15, 2007**; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not finalized, the parties shall instead file a joint status report and recommendation for further proceedings by **October 15, 2007.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            September 26, 2007**