UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH ANN ESTEP** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. 06-1442 |
| | )                  (EGS/JMF) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et. al.,* | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## STATUS REPORT OF THE PARTIES

COMES NOW the plaintiff Ruth Ann Estep, by and through her attorney, Alan J. Lander, and the defendant, United States of America, by and through its attorney Diane M. Sullivan, and advise the Court that the parties have reached a settlement of the above captioned matter. The plaintiff will be signing the final settlement documents on October 16, 2007 and will return the same to the defendant by October 18, 2007.

Respectfully Submitted,


_____/s/_____
Alan J. Lander, Bar #973604
1900 L Street NW
Suite 505
Washington DC 20036
(202) 466-3111


_____ /s/_____
Diane M. Sullivan, Bar #12765
Assistant United States Attorney
555 4 St., N.W.,TH
Room E4919
Washington, D.C.  20530
(202) 514-7205